1  J. PRESTON TURNER (*pro hac vice* pending)
   VIRGINIA W. BARNHART (*pro hac vice* pending)
2  POPE & HUGHES
   The Susquehanna Building
3  29 W. Susquehanna Ave., Suite 110
   Towson, Maryland  21204
4  Telephone: (410) 494-7777
   Facsimile: (410) 494-1658
5
   TOMIO B. NARITA (SBN 156576)
6  WINEBERG, SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3880
7  San Francisco, CA 94104-4811
   Telephone: (415) 352-2200
8  Facsimile:  (415) 352-2222

9  Attorneys for Defendants
   Irwin Home Equity Corporation and
10 Irwin Union Bank and Trust Company

11

12                     UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

15  MICHAEL W. PUTKOWSKI, on behalf    )   CASE NO.: C 05 3289 PJH
    of himself and those similarly situated, )
16                                           )
                                             )
17            Plaintiff,                     )   STIPULATION AND [~~PROPOSED~~]
                                             )   ORDER GRANTING DEFENDANTS
18       vs.                                 )   ADDITIONAL TIME TO RESPOND
                                             )   TO COMPLAINT
19  IRWIN HOME EQUITY                        )
    CORPORATION and IRWIN UNION             )
20  BANK AND TRUST COMPANY,                  )
                                             )
21            Defendants.                    )
    _____   )

22

23

24

25

26

27

28

1   The parties, by and through their counsel, hereby stipulate and agree that
2   defendants shall have an additional two weeks to respond to the complaint filed in this
3   action.  The defendants' response shall be filed on or before September 21, 2005

DATED:   September 1, 2005        WINEBERG, SIMMONDS & NARITA LLP
                                  TOMIO B. NARITA


                                  By: /s/ Tomio B. Narita
                                      Tomio B. Narita
                                      Attorneys for Defendants


DATED:   September 1, 2005        GAIL KILLEFER



                                  By: /s/ Gail Killefer
                                      Gail Killefer
                                      Attorney for Plaintiff


SO ORDERED.

DATED:   September 6, 2005



                                  By: /s/
                                      United States District Judge