J. PRESTON TURNER (*pro hac vice*)
VIRGINIA W. BARNHART (*pro hac vice*)
POPE & HUGHES
The Susquehanna Building
29 W. Susquehanna Ave., Suite 110
Towson, Maryland 21204
Telephone: (410) 494-7777
Facsimile: (410) 494-1658

TOMIO B. NARITA (SBN 156576)
WINEBERG, SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104-4811
Telephone: (415) 352-2200
Facsimile:   (415) 352-2222

Attorneys for Defendants
Irwin Home Equity Corporation and
Irwin Union Bank and Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. PUTKOWSKI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IRWIN HOME EQUITY CORPORATION and IRWIN UNION BANK AND TRUST COMPANY,<br><br>Defendants. | CASE NO.: C 05 3289 PJH<br><br>SECOND STIPULATION AND [~~PROPOSED~~] ORDER GRANTING DEFENDANTS ADDITIONAL TIME TO RESPOND TO COMPLAINT |

1  The parties, by and through their counsel, hereby stipulate and agree that
2  defendants shall have an additional two weeks to respond to the complaint filed in this
3  action. The defendants' response shall be filed on or before October 5, 2005.

4  DATED: September 22, 2005         WINEBERG, SIMMONDS & NARITA LLP
5                                     TOMIO B. NARITA

8  By: _____
9      Tomio B. Narita
10     Attorneys for Defendants

11 DATED: September 20, 2005         GAIL KILLEFER

15 By: _____
16     Gail Killefer
17     Attorney for Plaintiff

18 SO ORDERED.
19 DATED: September 29, 2005

23 By: _____
24     United States District Judge