1  J. PRESTON TURNER (*pro hac vice*)
   VIRGINIA W. BARNHART (*pro hac vice*)
2  POPE & HUGHES
   The Susquehanna Building
3  29 W. Susquehanna Ave., Suite 110
   Towson, Maryland  21204
4  Telephone: (410) 494-7777
   Facsimile: (410) 494-1658
5
   TOMIO B. NARITA (SBN 156576)
6  WINEBERG, SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3880
7  San Francisco, CA 94104-4811
   Telephone: (415) 352-2200
8  Facsimile:   (415) 352-2222

9  Attorneys for Defendants
   Irwin Home Equity Corporation and
10 Irwin Union Bank and Trust Company

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 | MICHAEL W. PUTKOWSKI, on behalf of himself and those similarly situated, | CASE NO.: C 05 3289 PJH |
16 |  |  |
17 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: RESETTING HEARING DATE ON MOTION TO DISMISS AND RESETTING CASE MANAGEMENT CONFERENCE** |
18 | vs. |  |
19 | IRWIN HOME EQUITY CORPORATION and IRWIN UNION BANK AND TRUST COMPANY, |  |
20 |  |  |
21 | Defendants. |  |

---

PUTKOWSKI v. IRWIN HOME EQUITY CORPORATION, et al. (Case No. C 05 3289 PJH)
STIP AND ORDER RE HEARING DATE AND CMC

1    WHEREAS, defendants have filed a motion to dismiss the complaint, which is
2 presently set for a hearing at 9:00 a.m. on November 30, 2005, and

3    WHEREAS, defendants have agreed to grant plaintiff additional time to respond to
4 the motion, and the parties have agreed to request that the hearing date for the pending
5 motion to dismiss be moved to 9:00 a.m. on January 25, 2006, and

6    WHEREAS, the Court has presently set an initial case management conference in
7 this matter for 2:30 p.m. on December 15, 2005,

8    WHEREAS, plaintiff intends, forthwith, to move for leave to file a second
9 amended complaint, and

10    WHEREAS, both parties have counsel who reside on the East Coast who will be
11 attending the hearing on the motion to dismiss and the case management conference in
12 person, and the parties therefore desire to have both matters heard at the same time.

13    IT IS THEREFORE STIPULATED AND AGREED that the hearing for the
14 defendant's motion to dismiss shall be re-set for 9:00 a.m. on January 25, 2006, and that,
15 if the Court so approves, the case management conference in this matter shall also take
16 place at 9:00 a.m. on January 25, 2006, following the hearing on the motion to dismiss.

17 DATED: November 8, 2005    WINEBERG, SIMMONDS & NARITA LLP
18     TOMIO B. NARITA

By: _____

Tomio B. Narita
Attorneys for Defendants

DATED: November 7, 2005    GAIL KILLEFER

By: _____

Gail Killefer
Attorney for Plaintiff

1   The Court, having reviewed the Stipulation of the parties, and good cause appearing
2   hereby ORDERS that the pending hearing date for the motion to dismiss shall be vacated, and the
3   hearing shall be reset for 9:00 a.m. on January 25, 2006. It is further ORDERED that the case
4   management conference in this matter shall take place at 9:00 a.m. on January 25, 2006,
5   following the hearing on the motion to dismiss.

SO ORDERED.

DATED: __November 9__, 2005

By: _____
The Honorable Phyllis J. Hamilton
United States District Judge