| | |
|---|---|
| 1 | J. PRESTON TURNER (*pro hac vice*) |
|   | VIRGINIA W. BARNHART (*pro hac vice*) |
| 2 | POPE & HUGHES |
|   | The Susquehanna Building |
| 3 | 29 W. Susquehanna Ave., Suite 110 |
|   | Towson, Maryland  21204 |
| 4 | Telephone: (410) 494-7777 |
|   | Facsimile: (410) 494-1658 |
| 5 | |
|   | TOMIO B. NARITA (SBN 156576) |
| 6 | WINEBERG, SIMMONDS & NARITA LLP |
|   | 44 Montgomery Street, Suite 3880 |
| 7 | San Francisco, CA 94104-4811 |
|   | Telephone: (415) 352-2200 |
| 8 | Facsimile:   (415) 352-2222 |
| 9 | Attorneys for Defendants |
|   | Irwin Home Equity Corporation and |
| 10 | Irwin Union Bank and Trust Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL W. PUTKOWSKI, on behalf of himself and those similarly situated, | ) ) ) | CASE NO.: C 05 3289 PJH |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER RE: SELECTION OF ADR |
| vs. | ) ) | PROCESS AND RE: FILING OF PROPOSED SECOND AMENDED |
| IRWIN HOME EQUITY CORPORATION and IRWIN UNION BANK AND TRUST COMPANY, | ) ) ) ) | COMPLAINT |
| Defendants. | ) ) | |

PUTKOWSKI v. IRWIN HOME EQUITY CORPORATION, et al. (Case No. C 05 3289 PJH)
STIP AND ORDER RE ADR AND SECOND AMENDED COMPLAINT

WHEREAS, counsel for all parties engaged in a meet and confer session on November 21, 2005 to discuss ADR options, the timing of initial disclosures, and other related case management issues, and

WHEREAS, plaintiff has indicated his intention to file a Second Amended Complaint (with leave of Court or by stipulation if defendants agree) on or before December 7, 2005, and

WHEREAS, the parties stipulated to the utilize the court's mediation program, and

WHEREAS, the parties do not believe that it will be fruitful to engage in a mediation or exchange initial disclosures until after the case is at issue, and

WHEREAS, the parties believe that a joint case management statement should be filed no later than one week in advance of the conference.

IT IS THEREFORE STIPULATED AND AGREED as follows:

1. Plaintiff shall file a Second Amended Complaint, or a motion for leave to file a Second Amended Complaint, no later than December 7, 2005.

2. The parties request that the court issue an order appointing a mediator for this matter, and that the court direct that the mediation take place within ninety (90) days after the date that this case is at issue.

3. The parties shall exchange their initial disclosures in this action within twenty-one (21) days after the case is at issue.

4. The parties shall file a joint case management conference statement in this action no later than one week prior to the conference.

DATED: December 1, 2005                    WINEBERG, SIMMONDS & NARITA LLP

By: _____
Tomio B. Narita
Attorneys for Defendants

| | | |
|---|---|---|
| 1 | DATED: December 2, 2005 | GAIL KILLEFER |

By: _____/s/ Gail Killefer_____
      Gail Killefer
      Attorney for Plaintiff

The Court, having reviewed the Stipulation of the parties, and good cause appearing hereby ORDERS as follows:

1. Plaintiff shall file a Second Amended Complaint, or a motion for leave to file a Second Amended Complaint, no later than December 7, 2005.
2. The court will issue a separate order appointing a mediator for this matter. The mediation shall take place within ninety (90) days after the date that this case is at issue.
3. Th parties will exchange their initial disclosures in this action within twenty-one (21) days after the case is at issue.
4. The parties shall file a joint case management conference statement in this action no later than one week prior to the conference.

SO ORDERED.

DATED: __December 9__, 2005

By: _____/s/_____
      The Honorable Phyllis J. Hamilton
      United States District Judge